1116

No. 98–1577.  ROBY v. DANZIG, SECRETARY OF THE NAVY; and WELCOME v. DANZIG, SECRETARY OF THE NAVY.  C. A. 11th Cir. Certiorari denied.

No. 98–1582.  JAGGERS v. WEST VIRGINIA HUMAN RIGHTS COMMISSION ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 98–1585.  ·FUERST ET AL. v. GRAY.  C. A. 6th Cir.  Certiorari denied.

No. 98–1586.  HILL v. MICHIGAN ATTORNEY GRIEVANCE COMMISSION.  Sup. Ct. Mich.  Certiorari denied.

No. 98–1587.  HAYNES v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 98–1590.  MILLER v. WEST, SECRETARY OF VETERANS AFFAIRS.  C. A. 7th Cir.  Certiorari denied.

No. 98–1596.  EWING v. DISCIPLINARY COUNSEL.  Sup. Ct. Ohio.  Certiorari denied.

No. 98–1597.  ACEA v. AUTOMOBILE CLUB INSURANCE ASSN. Ct. App. Mich.  Certiorari denied.

No. 98–1598.  REHDER v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–1603.  LATHROP ET UX. v. HANCOCK.  C. A. 11th Cir. Certiorari denied.

No. 98–1610.  SOARES v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–1611.  POLMAR FISHERIES, INC. v. HURLBURT.  C. A. 9th Cir.  Certiorari denied.

No. 98–1623.  AZAR v. RETIREMENT BOARD OF THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND.  Sup. Ct. R. I. Certiorari denied.